IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELAWARE LIFE INSURANCE COMPANY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 3:25-cv-02069 |
| | § | |
| DAVID MICHAEL BRENNAN, JR., MICHELLE BRENNAN HALL, DARREN MITCHELL BRENNAN, and DEBRA BRENNAN TAGG, INDIVIDUALLY, AND AS TRUSTEE OF THE DAVID M. BRENNAN CREDIT SHELTER TRUST AND EXECUTOR OF THE ESTATE OF SANDRA BRENNAN | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Delaware Life Insurance Company states that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities have a financial interest in the outcome of this litigation. The name of any publicly-held company is underlined.

1. Delaware Life Insurance Company;
2. David Michael Brennan, Jr.;
3. Michelle Brennan Hall;
4. Darren Mithcell Brennan; and
5. Debra Brennan Tagg, Individually and as Trustee of the David M. Brennan Credit Shelter Trust and Executor of the Estate of Sandra Brennan.

Respectfully submitted,

By: /s/ *Bill E. Davidoff*
Bill E. Davidoff
State Bar No. 00790565
bill.davidoff@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202-3796
Tel: 214.939.2000
Fax: 214.939.2090

ATTORNEYS FOR PLAINTIFF DELAWARE LIFE INSURANCE COMPANY