IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>DAVID MICHAEL BRENNAN, JR et al., §<br>§<br>Defendants. §<br>§ | Civil Action No. 3:25-CV-02069-E |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DEPOSIT INTERPLED FUNDS INTO AN INTEREST-BEARING ACCOUNT

The Court, having considered Delaware Life Insurance Company's ("Delaware Life") Unopposed Motion to Deposit Interpled Funds Into an Interest-Bearing Account (Doc. 16), the applicable law, and otherwise being fully advised, is of the opinion that the Motion is well taken and should be GRANTED. It is therefore,

ORDERED that Delaware Life is directed to tender to the United States District Clerk a check made payable to the "Clerk, U.S. District Court for the Northern District of Texas, Dallas Division," in the following amount: $2,574,029.21, representing the Death Benefits due under Delaware Life's contract nos. (a) Contract No. PPMY0021287; (b) Contract No. 507707700974162; (c) Contract No. 509309300005607; and (d) Contract No. 8674128867, plus any adjustment for market fluctuation since the date of the Motion and the deposit.. It is further

ORDERED that the United States District Clerk shall deposit such Death Benefits into an interest-bearing account pending further order of this Court.

**SO ORDERED.**

25th day of November, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE